Doris E. PHILLIPS, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 06–7002.

United States Court of Appeals, Federal Circuit.

Dec. 30, 2005.

ON MOTION

*ORDER*

Upon consideration of the Secretary of Veterans Affairs' unopposed motion to dismiss for lack of jurisdiction this appeal, from the order of the Court of Appeals for Veterans Claims in case no. 04–804,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. Each side shall bear its own costs.

(2) Doris E. Phillips' motion to stay proceedings is denied as moot.